**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LEELLIS EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00543-JD |
| | ) | |
| P FOX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Before the Court is Judge Amanda Maxfield's Report and Recommendation recommending that Plaintiff's action be dismissed without prejudice for failure to comply with the court's order to cure deficiencies. [Doc. No. 6 at 1]; *see also* [Doc. No. 5]. Judge Maxfield advised Plaintiff of his right to object to the Report and Recommendation by May 18, 2026, and warned that failure to timely object to the Report and Recommendation waives the right to appellate review of the legal and factual issues in the Report and Recommendation [Doc. No. 6 at 3]. *See also* 28 U.S.C. § 636.

Plaintiff did not file an objection to the Report and Recommendation by the deadline, request an extension of time to do so, or take any other action since the Report and Recommendation has been pending.

The Court therefore **ACCEPTS** the Report and Recommendation [Doc. No. 6] and DISMISSES this action without prejudice. A judgment of dismissal without prejudice will follow.

IT IS SO ORDERED this 6th day of August 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE